**Manuel F. MARQUES, Plaintiff–Appellant,**

v.

**Dwight NEVEN; et al., Defendants–Appellees.**

**No. 11–16036.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 25, 2012.

Manuel F. Marques, Carson City, NV, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Clark G. Leslie, Esquire, Deputy Assistant Attorney General, AGNV–Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Nevada state prisoner Manuel F. Marques appeals pro se from the district court's judgment dismissing his action alleging constitutional violations in connection with a prison disciplinary conviction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A for failure to state a claim. *Hamilton v. Brown,* 630 F.3d 889, 892 (9th Cir.2011). We affirm.

The district court properly dismissed without prejudice Marques' fourth amended complaint because Marques failed to allege facts sufficient to support his claims. *See Ashcroft v. Iqbal,* 556 U.S. 662, 677–78, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (to avoid dismissal, a plaintiff must allege more than "labels and conclusions" or "naked assertion[s]" in support of his claims (citation and internal quotation marks omitted)).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.